JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR15-274-MJP |
| Plaintiff, | ) |
| v. | ) AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE |
| BRUCE LORENTE, | ) |
| Defendant. | ) |

STATE OF WASHINGTON )
) ss.
COUNTY OF PIERCE )

Colin Fieman, being first duly sworn and upon oath, deposes and states as follows:

1. This affidavit is submitted in support of the motion and memorandum to suppress evidence filed in the above-captioned case. The facts alleged in the motion and memorandum are based on discovery provided by the Government, documents filed by the Government in other proceedings, the defense investigation, consultation with experts, and other facts and information that I have been personally reviewed in preparing the motion.

*s/ Colin Fieman*
Colin Fieman, Assistant Federal Public Defender

SUBSCRIBED AND SWORN to before me this 22nd day of February, 2016.
*s/ Amy Strickling*
Amy Strickling
Notary Public in and for the State of Washington.
Residing at Tacoma. Appointment expires: 07/09/19

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION TO SUPPRESS
(*United States v Lorente*; CR15-274-MJP*)* - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**