**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>BRUCE LORENTE     Defendant. | NO. CR15-274 RJB<br><br>ORDER REVOKING BOND AND DETENTION ORDER |

<u>Offense charged</u>:

    Bond Violation

<u>Bond Revocation</u>:  December 9, 2016

    On October 5, 2016, defendant appeared for a detention hearing before the Honorable Mary Alice Theiler, after which defendant was released on an appearance bond that included restrictions that he not possess or peruse sexually explicit material.

    On December 7, 2016, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of his bond as follows:

1. The defendant has violated a special condition of his bond, by possessing and perusing sexually explicit material, as defined in Title 18 U.S.C., Section 2256 (2) (8).

ORDER REVOKING BOND AND
DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

On December 9, 2016, the defendant made his initial appearance at a bond revocation hearing before the undersigned Magistrate Judge. He was advised of his rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. He was advised of the bond violation allegation and denied the allegation. At this hearing, he admitted to violating his pretrial bond as alleged and stipulated to detention.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   On October 5, 2016, defendant was released on bond with pretrial supervision and special conditions.

(2)   The defendant has failed to abide by the terms of his bond, as set forth above.

(3)   There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings as required, and that will address the risk of the defendant's danger to the community.

IT IS THEREFORE ORDERED:

(1)   Defendant's bond is hereby revoked;

(2)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4)   On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of December, 2016.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge