PROB 12B
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Bruce Lorente     **Case Number:** 2:15CR00274RJB-001
**Name of Judicial Officer:** The Honorable Robert J. Bryan, United States District Judge
**Date of Original Sentence:** 01/10/2017     **Date of Report:** 02/01/2017
**Original Offense:** Possession of Child Pornography
**Original Sentence:** Time served; 15 years TSR
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 01/25/2017
**Assistant U.S. Attorney:** Matthew Hampton     **Defense Attorney:** Mohammad Ali Hamoudi
**Special Conditions Imposed:**

☐ Substance Abuse     ☒ Financial Disclosure     ☐ Restitution:
☒ Mental Health     ☐ Fine     ☐ Community Service
☒ Other: Search/seizure; No pornography; Employment and residence pre-approval; No minor contact; Polygraph testing; Sex offender registration; Sex offender evaluation and treatment; Abide by lifestyle restrictions; RRC up to 180 days; $100 SPA

## PETITIONING THE COURT

☐ To extend the term of supervision for ____ years, for a total term of ____ years.
☒ To modify the conditions of supervision as follows:

Strike the following condition:

The defendant shall have no contact, directly or indirectly, with any electronic device which communicates data via modem, nor shall the defendant have any contact with any electronic device which communicates data through a dedicated connection, except where explicitly allowed by the probation officer, and with the approval of and under supervision by a supervisor as a requirement of employment. In addition, the defendant shall be prohibited from having Internet access during the defendant's period of supervision.

Add the following condition:

The defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed. The defendant shall consent to the U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his/her computer(s), hardware, and software, and any/and all electronic devices/media. The monitoring will include the installation, at the defendant's expense, of hardware or software systems that allow evaluation of his/her computer use. Monitoring may also include the retrieval and copying of all data from his/her computer(s) or any/and all other electronic devices/media. The defendant may be subject to quarterly polygraph testing at his/her expense, solely to ensure compliance with the requirements of the monitoring program. The defendant hereby consents to U.S. Probation and Pretrial Services' use of electronic detection devices to evaluate the defendant's access to Wi-Fi (wireless fidelity) connections.

## CAUSE

Mr. Lorente's current conditions prohibit him from accessing the internet. Based upon his need to pursue housing, treatment, and prosocial support networks, the probation office is requesting that the existing "no internet access" condition be replaced with a condition allowing monitored use. This modification will allow Mr. Lorente to pursue these avenues for long-term stability, while allowing the probation office to monitor his access.

The Honorable Robert J. Bryan, United States District Judge  
Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender

Page 2 of 2

February 1, 2017

Defense counsel has been contacted and has no objection to the proposed modification.

I swear under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of February, 2017.

Matthew D. McDaniel  
U.S. Probation Officer

APPROVED:  
Connie Smith  
Chief U.S. Probation and  
Pretrial Services Officer  
BY:

Christopher S. Luscher  
Supervising U.S. Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ No Action Approved  
☐ The Extension of Supervision as noted above  
☑ The Modification of Conditions as noted above  
☐ Other

Signature of Judicial Officer

10 Feb 2017  
Date